IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL TRANSPORTATION INSURANCE COMPANY RRG, LLC | § § § | |
| VS. | § § § | CIVIL ACTION NO. _____ |
| | § | JURY |
| MILTON MOTORS, INC. | § § | |

## Plaintiff's Petition for Declaratory Judgment

TO THE HONORABLE JUDGE OF SAID COURT

Plaintiff, **NATIONAL TRANSPORTATION INSURANCE COMPANY RRG, LLC**, files this petition seeking a declaration from this court that it has no liability or duty to defend Milton Motors, Inc. in Cause No. 2020-79183, a suit filed in the 333rd Judicial District Court, Harris County, Texas. In support of National Transportation's Petition, it would show:

## Parties

1. National Transportation Insurance Company RRG, LLC is a limited liability company. The company is organized in Montana, and has its principal place of business in Billings, Montana.

2. Defendant Milton Motors, Inc., is a Texas Corporation. A copy of this petition will be forwarded to Roger D. Oppenheim, attorney of record for Defendant Milton Motors, Inc, in the state court action. However, this business will be formally served through its registered agent for service of process, Esther Daniel, located at 6120 N. Shepherd Dr., Houston, Texas 77091.

1

## Related Litigation

3. Pursuant to Local Rule 5.2, National Transportation would hereby advise the Court that Milton Motors is currently engaged in litigation with Gilberto Salceda Rodriguez, Blanca Guerro-Gonzalez and Bairon A. Soliz. Cause No. 2020-79183 is pending in the 333rd Judicial District Court, Harris County, Texas, and is styled: *Gilberto Salceda Rodriguez and Blanca Guerro-Gonzalez v. Milton Motors, Inc. and Bairon Soliz.*

## Jurisdiction and Venue

4. This Court has diversity jurisdiction over the subject matter of this Declaratory Judgment Action pursuant to 28 U.S.C. §2201 and 28 U.S.C. §1332(a) because the matter in controversy exceeds $75,000, exclusive of costs, and is between citizens of different states. Venue is proper in this Court pursuant to Title 28, United States Code §1391.

## Background Facts: motor vehicle accident

5. On June 15, 2020, Bairon A. Soliz was involved in a motor vehicle accident with Gilberto Salceda Rodriguez and Blanca Guerro-Gonzalez on the 1001 block of Gulf Bank Rd., in Harris County, Texas. Mr. Soliz was driving a 2016 Hino 238/258 tow truck in the course and scope of his employment with Defendant Milton Motors at the time of the accident. Nobody else was in the vehicle with Mr. Soliz when the accident occurred. Milton Motors owned the 2016 Hino tow truck driven by Mr. Soliz.

## Employee Joins Lawsuit Against Employer

6. On January 28, 2021, Gilberto Salceda Rodriguez and Blanca Guerro-Gonzalez brought a lawsuit for injuries they allegedly sustained in the June 15, 2020, accident with Milton Motors' employee Bairon Soliz. Milton Motors filed an original answer to the petition on March 8, 2021. Mr. Solis, through separate counsel, filed an answer to these

claims on April 1, 2021. On the same day, Mr. Soliz also brought a **cross-action against Milton Motors.**[1] Mr. Soliz specifically raised both negligence and gross negligence claims against Milton Motors. Pl.'s Orig. Pet. in Intervention, p. 4-6. The Petition in Intervention basically alleges that Milton Motors "failed to properly upkeep, properly maintain and properly repair" the tow truck in question. Pl.'s Orig. Pet. in Intervention, p. 2.

7. Milton Motors filed an answer to their employee's suit on April 2, 2021.

## Suit for Declaratory Relief

8. National Transportation brings this suit to adjudicate the rights between it and Milton Motors under the commercial auto policy in question. National Transportation intends on showing that Mr. Soliz' claims against his employer for injuries he allegedly sustained in the June 2020 accident are not covered under the applicable policy. Basically, the policy in question provided exclusions for potential workers' compensation claims and bodily injuries to employees arising out of the course and scope of the employee's employment. That is precisely the type of suit Mr. Soliz is alleging against Defendant Milton Motors.

9. At the time of the accident, Defendant Milton Motors was covered under a Texas commercial automobile insurance policy (Certificate Number MDX-20-163276-00). National Transportation Insurance Company issued the policy. The Certificate of Coverage is attached hereto as Exhibit "1." The Certificate of Coverage reflects that the policy was in effect on the date of the subject incident (June 15, 2020).

---

[1] Mr. Soliz also counterclaimed against Gilberto Salceda Rodriguez.

10. Among other provisions, the policy requires the Plaintiff to provide a defense to the insured against any suits *brought by third parties* for motor vehicle damages allegedly incurred in an accident in which the Defendant was operating a covered commercial motor vehicle. In bringing this Petition for Declaratory Judgment, National Transportation is not challenging the Milton Motor's entitled to a defense against the claims brought by Gilberto Salceda Rodriguez and Blanca Guerro-Gonzalez. However, National Transportation is challenging Milton Motor's request for indemnity and defense of a claim that is not covered under the policy.

11. As an employee, any bodily injuries suffered by Mr. Soliz are not covered under the commercial auto policy. The exclusions notable to this policy are:

> (3) Workers' Compensation
>
> Any obligation for which the "insured" or the "insured's" insurer may be held liable under and workers' compensation, disability benefits or unemployment compensation law or any similar law.
>
> And
>
> (4) Employee Indemnification and Employer's Liability
>
> "Bodily injury" to
> a. An "employee" of the "insured" arising out of and in the course of:
>    (1) Employment by the "insured"; or
>    (2) Performing the duties related to the conduct of the "insured's" business; or
> b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

12. Based on the employee exclusion, Plaintiff now asks this Court to establish the rights, statuses, or legal relationships between the parties. Specifically, Plaintiff seeks to have this Court find that National Transportation **does not have a duty to indemnify or defend** Defendant Milton Motors in the suit brought by Mr. Soliz. The claims asserted on Mr. Soliz's behalf only allege facts *excluded* by the Employee

Indemnification and Employer's Liability provision (and potentially the Workers' Compensation exclusion). There is an actual controversy between National Transportation and Milton Motors insofar as National Transportation is incurring costs defending a non-covered claim. The controversy between Milton Motors and National Transportation is not financially insignificant. To the contrary, and given the conflict of interest between the parties, National Transportation is having to hire multiple counsel to defend Mr. Soliz and Milton Motors, <u>and</u> National Transportation is being asked to incur the cost of defending Milton Motors in what amounts to an non-covered workers' compensation claim.

13. Finally, the state court action between the parties <u>will not</u> resolve the controversy made the basis of this petition. A declaratory judgment in National Transportation's favor is appropriate in this case since the policy in effect does not provide coverage for Mr. Soliz' claims against Defendant Milton Motors. A judicial determination that National Transportation owes Milton Motors neither a duty to indemnify nor a duty to defend Mr. Soliz' claims will bring clarity not only to the parties involved in this action, but also the action pending in Cause No. 2020-79183.

## **Prayer**

14. For these reasons, Plaintiff asks that the Court:

   a. Determine and adjudicate the coverage dispute surrounding the underlying policy;

   b. Order a speedy hearing of this action pursuant to Rule 57;

   c. Declare that Plaintiff National Transportation does not have a duty to defend or indemnify Defendant Milton Motors, Inc., in Cause No. 2020-79183 (*Gilberto Salceda Rodriguez and Blanca Guerro-Gonzalez v. Milton*

*Motors, Inc. and Bairon Soliz)*, a suit filed in the 333rd Judicial District Court, Harris County, Texas.; and

d.  Award National Transportation its court costs, and all other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**VIDAURRI, LYDE, RODRIGUEZ & HAYNES, L.L.P.**
202 North 10th Ave.
Edinburg, Texas 78541
(956) 381-6602
(956) 381-0725 Fax
Email: gtj-service@vlrhlaw.com
**\*service by email to this address only\***

By: /s/ Guillermo Tijerina, Jr. /s/
  Guillermo Tijerina, Jr.
  State Bar No. 24056437
  Federal Bar No. 1149651
  **ATTORNEY FOR PLAINTIFF**